```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

RAHKEEM CHEEKS,

    Movant,

v.                              Civil Action No. 2:16-cv-04845
                             Criminal Action No. 2:15-cr-00137-1

UNITED STATES OF AMERICA,

    Respondent.


## MEMORANDUM OPINION AND ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on May 30, 2018. The magistrate judge recommends that the court "deny [Movant's] Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 and dismiss this civil action from the docket of the court." (ECF #46 at 9 (emphasis and citation omitted).) The movant, proceeding pro se, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendations be, and hereby is, adopted by the court;
2. The movant's motion to vacate, set aside, or correct his sentence be, and hereby is, denied; and
3. This action be, and hereby is, dismissed with prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record, to any unrepresented parties, and to the United States Magistrate Judge.

ENTER: June 21, 2018

John T. Copenhaver, Jr.
United States District Judge